**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 97-6643**

———————————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

MICHAEL EDWARD MILLS,

Defendant - Appellant.

———————————

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Robert E. Payne, District Judge.
(CR-93-132, CA-96-877)

———————————

Submitted:  January 27, 1998      Decided:  February 10, 1998

———————————

Before NIEMEYER and MOTZ, Circuit Judges, and BUTZNER, Senior Circuit Judge.

———————————

Dismissed by unpublished per curiam opinion.

———————————

Michael Edward Mills, Appellant Pro Se.  N. George Metcalf, Assistant United States Attorney, Richmond, Virginia, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1997). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal substantially on the reasoning of the district court. United States v. Mills, Nos. CR-93-132; CA-96-877 (E.D. Va. Apr. 16, 1997). We find Appellant's Fifth Amendment, double jeopardy, and sentencing claims were waived because Appellant failed to raise these issues on direct appeal, United States v. Emanuel, 869 F.2d 795, 796 (4th Cir. 1989), and failed to demonstrate cause for and prejudice from his failure to raise the issues earlier. See United States v. Frady, 456 U.S. 152, 167-68 (1982). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2